UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCERS AGRICULTURE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL DASSO,<br><br>  Defendant. | Case No. 21-cv-00694-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 20 |

On November 12, 2021, Plaintiff Producers Agriculture Insurance Company filed a motion for default judgment. (Dkt. No. 20.) That same day, the Court issued an order requiring Plaintiff to: (1) serve the Court's order upon all other parties in the action, and file a proof of service on the docket, and (2) file a proposed order by the reply deadline (December 3, 2021). (Dkt. No. 23.) The proposed order was to be structured as outlined in Attachment A to the Court's order. (*Id.*)

To date, Plaintiff has not filed the proposed order or the proof of service. Accordingly, the Court ORDERS Plaintiff to show cause, by **December 15, 2021**, why Plaintiff's motion for default judgment should not be denied for failure to comply with the court's order by: (1) filing the proposed order, (2) filing the proof of service, and (3) explaining why Plaintiff failed to comply with the Court's order.

IT IS SO ORDERED.

Dated: December 8, 2021

KANDIS A. WESTMORE
United States Magistrate Judge